IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

        Petitioner,

v.

WARDEN LATTIMORE AND THE STATE OF CALIFORNIA,

        Respondents.
_____/

No. CV-09-2634 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition is hereby DISMISSED. The dismissal is without prejudice to petitioner's filing a new federal habeas petition once her state criminal proceedings are completed and she has exhausted state court remedies concerning all claims she wishes to raise in federal court.

Dated: June 22, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk